PEOPLE *v.* SCOTT; PEOPLE *v.* FISHER. Appeals from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 October 5, 1971, at Detroit. (Docket Nos. 8533, 9365.) Decided October 28, 1971. Leave to appeal denied, 386 Mich 790.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Robert A. Reuther,* Assistant Prosecuting Attorney, for the people.

*Philip A. Gillis,* for defendant Scott on appeal.

*Jack J. Kraizman,* for defendant Fisher on appeal.

Before: LESINSKI, C. J., and V. J. BRENNAN and O'HARA, JJ.

MEMORANDUM OPINION. Prescott Fisher and Barbara Jean Scott were convicted of armed robbery and appeal.

The record discloses evidence sufficient to support the verdict.

Affirmed.